Madge O'Gallagher, Appellant, v. Alex Finkel, Appellee.

Gen. No. 46,420. (Abstract of Decision.)

First District, Second Division.
October 4, 1955.
Released for publication November 3, 1955.

Shavin & Hamilton, and Leo S. Karlin, for appellant; Leo S. Karlin, of counsel; Kirkland, Fleming, Green, Martin & Ellis, for appellee; Max E. Wildman, John M. O'Connor, Jr., and John J. Edman, of counsel. Opinion by JUSTICE ROBSON. Not to be published in full.